UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

GAIL GREEN,

    Plaintiff,

v.

ROSS ATHLETIC
SUPPLY CO., et al,

    Defendant.                                    No. 15-cv-739-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on Stipulation to Dismiss executed by the plaintiff and defendant.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Dismissing Case entered on April 25, 2016 (Doc. 31), this case is **DISMISSED** with prejudice.

                                    JUSTINE FLANAGAN,
                                    ACTING CLERK OF COURT

                                    BY:    /s/*Caitlin Fischer*
                                                **Deputy Clerk**

Dated: April 26, 2016

Digitally signed by
Judge David R. Herndon
Date: 2016.04.26
10:32:08 -05'00'

APPROVED:
        U.S. DISTRICT JUDGE
        U. S. DISTRICT COURT